**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

SUSAN HEWITT                                                                             PLAINTIFF

v.                                          CIVIL ACTION NO. 5:03cv00333-DCB-JMR

WYETH, INC.; WYETH
PHARMACEUTICALS, INC.;
DR. D. FRANKLIN GUEDON;
DR. THOMAS L. PURVIS; and
JOHN DOES 1-10                                                                        DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Agreed Motion to Dismiss with Prejudice brought by Plaintiff Susan Hewitt ("Plaintiff") and Defendants D. Franklin Guedon and Thomas L. Purvis ("Defendants"), who file this Joint Motion to Dismiss, with Prejudice and without costs, all claims by Plaintiff against Defendants D. Franklin Guedon and Thomas L. Purvis in the above-referenced case.

After considering this motion, the Court finds that it is well-taken and should be approved. Accordingly, the Joint Motion to Dismiss with Prejudice Defendants D. Franklin Guedon and Thomas L. Purvis is hereby GRANTED.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the complaint and all claims asserted or which could be asserted by Plaintiff Susan Hewitt against Defendants D. Franklin Guedon, M.D. and Thomas L. Purvis, M.D. related to the subject matter of this complaint are hereby dismissed with prejudice, with each party bearing its own costs.

No other claims, counterclaims, and/or claims for costs and expenses between the Plaintiff and any other party are dismissed as a result of this Order.

        SO ORDERED, ADJUDGED AND DECREED this the <u>2nd</u> day of February, 2011.


        s/David Bramlette
        United States District Judge


Agreed to in Form and Substance by:


*/s/ Rick D. Patt*
Rick D. Patt (MB # 8747)
PATT LAW FIRM, PLLC
P.O. Box 1080
Jackson, MS 39215-1080
TEL: (601) 961-1660
FAX: (601) 510-9045
rickpattlaw@msn.com
*Attorney for Plaintiff Susan Hewitt*


Agreed to in Form and Substance by:


*/s/ D. Collier Graham, Jr.*
D. Collier Graham, Jr. (MSB # 4944)
WISE CARTER CHILD & CARRAWAY
P.O. Box 651
Jackson, Mississippi 392050651
Phone: (601) 968-5500
Fax: (601) 968-5519
dcg@wisecarter.com
*Attorney for Dr. D. Franklin Guedon and Dr. Thomas L. Purvis*